# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARINA ABRAMOVICH,
Individually and on Behalf of All Others
Similarly Situated,

                        Plaintiff,

v.

MAGIC HOME CARE LLC

                        Defendant.

Case No.: _____

**CONSENT TO JOIN**

1. I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for Defendant's violations of New York Labor Law and/or the Fair Labor Standards Act.

2. By signing and returning this consent form, I hereby designate Wittels Law, P.C., and Kheyfits Belenky LLP, and any other attorneys who affiliate with the aforementioned law firms, to represent me in this action and to make decisions on my behalf concerning the litigation and settlement of this action. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable and to be bound by any settlement entered into on my behalf. I understand that reasonable attorneys' fees and costs expended by the attorneys on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs.

_/s/ M. Abramovich_
Client (Signature)

Marina Abramovich
Client (Printed Name)

[REDACTED]
Street Address

[REDACTED]
E-mail address

[REDACTED]
Telephone Number

Brooklyn, NY [REDACTED]
City    State  Zip