# Exhibit B

**Magic Home Care LLC**
250 Avenue X
Brooklyn, NY 11223
(718) 484-4900

Marina Abramovich
Employee Id
Hire Date 01/30/2017
Employee Status A

Voucher Number: 10427
Check Date 09/08/2017
Period Begin 08/19/2017
Period End 09/01/2017

### Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Hourly | 86.00 | 11.00 | 946.00 | 6,056.00 |
| Hourly-OT | 4.00 | 15.00 | 60.00 | 204.38 |
| | 90.00 | | 1,006.00 | 6,260.38 |

| Taxes | Taxable | Amount | YTD |
|---|---|---|---|
| Federal Income Tax | | | |
| OASDI | | | |
| Medicare | | | |
| New York SITW | | | |
| NY Disability - EE | | | |
| New York, NY (Res) | | | |

### Statement Summary

| | |
|---|---|
| Gross Pay | 1,006.00 |
| Federal Taxes | |
| State and Local Taxes | |
| Other Deductions | 0.00 |
| Net Pay | 748.14 |
| Direct Deposits | 748.14 |
| Net Check | 0.00 |

### Other Info

| Direct Deposits | Amount |
|---|---|
| | 748.14 |
| | 748.14 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**Magic Home Care LLC**
250 Avenue X
Brooklyn, NY 11223

Voucher Date 09/08/2017
Voucher Number 10427

***** This is not a check *****

3995 2088 10427 5

Pay to the order of: **Marina Abramovich**

**Direct Deposit Amount** $ *******748.14

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.