# Exhibit B

# Access Forensic Group, LLC

110 Jericho Turnpike, Suite 104A, Floral Park, New York 11001
tel.: 516-326-1122 • www.AccessForensicGroup.com

---

January 7, 2019

To: Burkett McInturff
  Wittels Law
  18 Half Mile Road
  Armonk, NY 10504

Re: Preliminary Report of Findings for Handwriting Examination (Marina Abramovich Signature)
  Abramovich v. Magic Home Care LLC, No. 18-cv-05242 (DLI) (RML) (E.D.N.Y.)
  Access Case No. AC18/032

---

## Examination Requested

Determine, if possible, whether or not a questioned Marina Abramovich signature is genuine.

## Items Examined

<u>Questioned Document (see attachment 1)</u>:
**MHC_000016** one copy of a Magic Home Care, LLC Fact Finding and Issue Resolution ("FAIR") Program Acknowledgement [*sic*] form bearing a questioned Marina Abramovich signature (5/14/18)

<u>Personnel Records for Marina Abramovich (see attachment 2)</u>:
**MHC_000001**thru **MHC_000011**; **MHC_000017** thru **MHC_000083** seventy-eight copied documents supplied by Magic Home Care, LLC bearing known handwriting by Marina Abramovich (2016-18)

## Observations and Discussion

When the questioned Marina Abramovich signature on MCH_000016 is compared to the known Marina Abramovich signatures contained in the personnel file they appear similar. However, when the questioned signature is compared to the signature on MHC_000011 it is obvious the two are virtually identical. The two signatures conform in letter shapes, size, slant, spacing, proportions, curvature, beginning-connecting-ending strokes and baseline orientation. Identical signatures made by an individual are not possible due to natural variation. Natural variation is normal and expected among signature executions by the same person and its absence would be an indication of some form of manipulation.

Further examination revealed that the two signatures differ in their line quality (fluency, speed and pen control) which is tremulous in the questioned signature while smooth in the known signature from MCH_000011. They also differ in the number of strokes used to form several letters. Specifically, the uppercase letters (M) and (A) are one stroke forms made with a continuous motion in the questioned signature while they are made with two disconnected strokes in MCH_000011 and all the other known signatures. This is an example of a fundamental and inexplicable difference.

When the printed Marina Abramovich name on MCH_000016 is compared to the printed name on form MCH_000011 they are also virtually identical. When the date on MCH_000016 is compared to the "Management's Approval" date on MCH_000011 they are also virtually identical. If agreement between two signatures is unrealistic, then the combined agreement in three items on the same document (e.g., signature, printed name and date) would be so highly unlikely that it is implausible.

Extreme uniformity between the two signatures in both lettering and spatial relationships indicates imitation from a model. Defective movement such as tremor further indicates a drawing while incorrect direction and sequence of strokes indicates a simulation based primarily on the pictorial effect without the correct manner of formation.

### Findings and Remarks

Examination, comparison and evaluation resulted in the following opinion:

1. The cursive Marina Abramovich signature, printed Marina Abramovich name and numerical date (5.14.18) on document MCH_000016 are tracings of genuine writings found on document MCH_000011.

2. It is requested that the original MCH_000011, MCH_000016 along with the entire personnel file be made available in order to perform examinations not possible from the copies provided.

3. The above expert opinion is based on examinations I have performed to date and are true to the best of my knowledge. Should original documents become available the undersigned reserves the right to inspect them and may update this report.

Respectfully submitted,

Richard T. Picciochi
Questioned Document Examiner
Diplomate, ABFDE