**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARINA ABRAMOVICH, Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>      v.<br><br>MAGIC HOME CARE LLC,<br><br>                            Defendant. | Case No. 18 Civ. 5342 (DLI) (RML)<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR SANCTIONS DUE TO DEFENDANT'S FORGERY** |

**PLEASE TAKE NOTICE THAT** upon the accompanying Declaration of Plaintiff's counsel J. Burkett McInturff, dated March 15, 2021, with annexed Exhibits and Plaintiff's Memorandum of Law in Support, Plaintiff Marina Abramovich hereby moves this Court under Rule 7.1 of the Local Civil Rules for the United States District Courts for the Southern and Eastern Districts of New York and under the Court's inherent power for an Order:

    (1) Dismissing Defendant's Answer to Plaintiff's Complaint; and

    (2) granting default judgment on the claims in Plaintiff's complaint.

In support of her Motion, Plaintiff relies on the accompanying Memorandum of Law and the McInturff Declaration, and all exhibits annexed thereto.

Dated: March 15, 2021
      Armonk, New York

Respectfully submitted,

**WITTELS MCINTURFF PALIKOVIC**

By: /s/ Steven L. Wittels
     Steven L. Wittels (SW-8110)
     J. Burkett McInturff (JM-4564)

18 HALF MILE ROAD
ARMONK, NEW YORK 10504
Telephone: (914) 319-9945
Facsimile: (914) 273-2563
slw@wittelslaw.com
jbm@wittelslaw.com

*Lead Counsel for Plaintiff and the Class*

Andrey Belenky (AB-1976)
**KHEYFITS BELENKY LLP**
1140 AVENUE OF THE AMERICAS, 9TH FLOOR
NEW YORK, NY 10036
Telephone: (212) 203-5399
Facsimile: (212) 203-6445
abelenky@kblit.com

*Co-Counsel for Plaintiff and the Class*